IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANTONIO BARNES                                              PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:09CV140JCS

MICHAEL TAYLOR, ET AL.                                     DEFENDANTS

## JUDGMENT

For the reasons set forth in the record at the November 4, 2009 omnibus hearing, it is hereby ORDERED AND ADJUDGED that the complaint of Antonio Barnes is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 13th day of November, 2009.

/s/ James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE